NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL PALMORE, DOC #079454,   )
 )
      Appellant,   )
 )
v.   )    Case No. 2D17-3557
 )
STATE OF FLORIDA,   )
 )
      Appellee.   )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Michael Palmore, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.